[No. 37929-1-I.   Division One.   April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS
MARTINEZ-JIMENEZ, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-1-00661-5, Steven J. Mura, J., entered
December 21, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37941-1-I.   Division One.   April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02194-4, Nicole MacInnis, J., entered
January 9, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 37966-6-I.   Division One.   April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN
MATTHEW BACANI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-06746-0, Anthony P. Wartnik, J., entered
January 10, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 37975-5-I.   Division One.   April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
B. BELLISLE, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 95-1-00280-2, George E. McIntosh, J.,
entered January 4, 1996. *Affirmed* by unpublished per
curiam opinion.